UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In the matter of JAMES C. BRADFORD, an individual, as owner of LOW SPEED CHASE CF #1096633, for exoneration from or limitation of liability | Case No:  C 12-5999 SBA<br><br>**ORDER** |

On November 26, 2012, James C. Bradford ("Plaintiff-in-Limitation"), as the owner of the LOW SPEED CHASE CF #1096633 ("the Vessel"), filed a complaint pursuant to 46 U.S.C. § 30501 et seq. seeking exoneration from, or limitation of liability for, any losses, injuries, and/or damages arising out of the capsizing and grounding of the Vessel on April 14, 2012 on the Farallone Islands.  Dkt. 1.

By this action, Plaintiff-in-Limitation seeks, among other things, the following relief:  (1) that this Court issue a notice to all persons asserting claims for damages and/or expenses occasioned or incurred by reason of the capsizing and grounding of the Vessel admonishing them to file their claim with the Clerk of this Court and to serve attorneys for Plaintiff-in-Limitation with a copy thereof on or before a date certain to be named by this Court; (2) that this Court issue an injunction restraining the commencement and/or prosecution of any and all actions, suits and legal proceedings of any kind (other than the present action) arising out of the capsizing and grounding of the Vessel; and (3) that this Court adjudge and decree that Plaintiff-in-Limitation is not liable for any damages and/or expenses in any way arising out of the capsizing and grounding of the Vessel.  Dkt. 1.

On November 26, 2012, Plaintiff-in-Limitation also filed a document entitled "Notice to Claimants of Filing of Limitation Proceeding," and a document entitled

"[Proposed] Order Directing Issuance of Notice and Publication Thereof, And Restraining Order." Dkt. 3, 6. Pursuant to the Proposed Order, Plaintiff-in-Limitation seeks various relief, including, among other things: an Order directing the Clerk of this Court to issue a notice to all persons or entities asserting claims with respect to which the complaint seeks exoneration or limitation admonishing them to file their respective claims with the Clerk of the Court and serve attorneys for Plaintiff-in-Limitation with a copy thereof within 30 days of the issuance of the notice; an Order providing that public notice of this action be given in "The Recorder" once a week for four consecutive weeks; and an Order enjoining the commencement and/or prosecution of any and all actions, suits and legal proceedings (other than the present action) arising out of the capsizing and grounding of the Vessel. Dkt. 6.

Plaintiff-in-Limitation, however, did not file a memorandum providing the Court with authority and legal analysis supporting the relief requested in the Proposed Order.

Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff-in-Limitation shall file a brief not to exceed ten (10) pages providing the Court authority and analysis supporting the relief requested in the "[Proposed] Order Directing Issuance of Notice and Publication Thereof, And Restraining Order." Plaintiff-in-Limitation shall file this brief no later than fourteen (14) days from the date this Order is filed.

IT IS SO ORDERED.

Dated:  1/17/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge