```
 1  PETER A. LINDH (061907)
    plindh@gibsonrobb.com
 2  MARKER E. LOVELL, JR. (208659)
    mlovell@gibsonrobb.com
 3  GIBSON ROBB & LINDH LLP
    201 Mission Street, Suite 2700
 4  San Francisco, California 94105
    Telephone: (415) 348-6000
 5  Facsimile: (415) 348-6001

 6  Attorneys for Plaintiff-in-Limitation
    JAMES C. BRADFORD
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of JAMES C. BRADFORD, an individual, as owner of LOW SPEED CHASE CF #1096633, for exoneration from or limitation of liability | Case No. C 12 5999<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF VLADIMIR BAZJANAC CLAIM AND [PROPOSED] ORDER THEREON** |

This is an admiralty and maritime limitation of liability action. Claimant VLADIMIR BAZJANAC, as Administrator and Personal Representative of ELMER D. MORRISSEY (DECEASED), has settled his claim against Plaintiff-in-Limitation JAMES C. BRADFORD. Pursuant to Federal Rules of Civil Procedure, Rule 41(a), Plaintiff-in-Limitation JAMES C. BRADFORD and Claimant VLADIMIR BAZJANAC hereby stipulate that BAZJANAC's claims against BRADFORD are dismissed in their entirety with prejudice and jointly move this Court for an order dismissing the BAZJANAC claim with prejudice.

Dated: August 7, 2013                 By: _____
                                           Edward M. Bull, III
                                           ebull@bmbwlawfirm.com
                                           Attorneys for Claimant
                                           **VLADIMIR BAZJANAC, as Administrator and Personal Representative of ELMER D. MORRISSEY (DECEASED)**

1  Dated: August 8, 2013                     GIBSON ROBB & LINDH LLP

3                                            By: _____
                                                  Peter A. Lindh
4                                                 plindh@gibsonrobb.com
                                                  Attorneys for Plaintiff-in-Limitation
5                                                 **JAMES C. BRADFORD**

7  **IT IS SO ORDERED.**

9  Dated: August 9, 2013                     _____
                                              Saundra B. Armstrong
10                                            U.S. District Court Judge
                                              UNITED STATES DISTRICT COURT
11                                            Northern District of California

---

STIPULATED DISMISSAL WITH PREJUDICE OF VLADIMIR BAZJANAC CLAIM AND [PROPOSED] ORDER THEREON
Case No. C 12 5999; Our File No. 8003.54                                                              - 2 -