1  PETER A. LINDH (061907)
   plindh@gibsonrobb.com
2  MARKER E. LOVELL, JR. (208659)
   mlovell@gibsonrobb.com
3  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
4  San Francisco, California 94105
   Telephone: (415) 348-6000
5  Facsimile: (415) 348-6001

6  Attorneys for Plaintiff-in-Limitation
   JAMES C. BRADFORD
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 In the matter of JAMES C. BRADFORD, an )   Case No. C 12 5999
   individual, as owner of LOW SPEED      )
12 CHASE CF #1096633, for exoneration from )   STIPULATED DISMISSAL WITH
   or limitation of liability              )   PREJUDICE OF VLADIMIR BAZJANAC
13                                         )   CLAIM AND [PROPOSED] ORDER
                                           )   THEREON
14                                         )
                                           )
15                                         )

16         This is an admiralty and maritime limitation of liability action. Claimant VLADIMIR

17 BAZJANAC, as Administrator and Personal Representative of ELMER D. MORRISSEY

18 (DECEASED), has settled his claim against Plaintiff-in-Limitation JAMES C. BRADFORD.

19 Pursuant to Federal Rules of Civil Procedure, Rule 41(a), Plaintiff-in-Limitation JAMES C.

20 BRADFORD and Claimant VLADIMIR BAZJANAC hereby stipulate that BAZJANAC's

21 claims against BRADFORD are dismissed in their entirety with prejudice and jointly move this

22 Court for an order dismissing the BAZJANAC claim with prejudice.

23

24 Dated: August 7, 2013            By: _____
                                        Edward M. Bull, III
25                                      ebull@bmbwlawfirm.com
                                        Attorneys for Claimant
26                                      **VLADIMIR BAZJANAC, as**
                                        **Administrator and Personal**
27                                      **Representative of ELMER D.**
                                        **MORRISSEY (DECEASED)**
28

1 | Dated: August 8, 2013

GIBSON ROBB & LINDH LLP

By: _____
Peter A. Lindh
plindh@gibsonrobb.com
Attorneys for Plaintiff-in-Limitation
**JAMES C. BRADFORD**

7 | **IT IS SO ORDERED.**

9 | Dated: August 9, 2013

_____
Saundra B. Armstrong
U.S. District Court Judge
UNITED STATES DISTRICT COURT
Northern District of California

STIPULATED DISMISSAL WITH PREJUDICE OF VLADIMIR BAZJANAC CLAIM AND [PROPOSED] ORDER THEREON
Case No. C 12 5999; Our File No. 8003.54

- 2 -