1  PETER A. LINDH  (061907)
   plindh@gibsonrobb.com
2  MARKER E. LOVELL, JR.  (208659)
   mlovell@gibsonrobb.com
3  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
4  San Francisco, California  94105
   Telephone: (415) 348-6000
5  Facsimile:  (415) 348-6001

6  Attorneys for Plaintiff-in-Limitation
   JAMES C. BRADFORD
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 In the matter of JAMES C. BRADFORD, an )   Case No. C 12 5999
   individual, as owner of LOW SPEED      )
12 CHASE CF #1096633, for exoneration from)   **JOINT STIPULATION FOR AN ORDER
   or limitation of liability             )   ENLARGING TIME FOR BRIEFING FOR
13                                        )   CLAIMANTS/RESPONDENTS COREY
                                          )   BUSCH'S AND NICHOLAS VOS'
14                                        )   MOTION TO STRIKE PLAINTIFF-IN-
                                          )   LIMITATION BRADFORD'S EIGHTH
15                                        )   AFFIRMATIVE DEFENSE FOR
                                          )   "ASSUMPTION OF RISK"**
16 _____)

17     Pursuant to Northern District of California Local Rule 6-2, Plaintiff-in-Limitation

18 JAMES C. BRADFORD, as OWNER OF LOW SPEED CHASE (OVN 109663) ("Plaintiff-in-

19 Limitation") and Claimants/Respondents COREY BUSCH and NICHOLAS VOS ("Claimants")

20 hereby stipulate and respectfully request for the Court to extend the time for Plaintiff-in-

21 Limitation to file and serve its opposition to Claimants' FRCP 12(f) Motion to Strike Plaintiff-

22 in-Limitation's Eighth Affirmative Defense from September 12, 2013, to September 23, 2013.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Accordingly, the parties also stipulate and respectfully request the Court to extend the date for Claimants to file and serve its reply brief from September 19, 2013, to September 30, 2013.

The hearing date for Claimants' Motion to Strike is currently set for October 22, 2013.

Dated: September 5, 2013  GIBSON ROBB & LINDH LLP

By: S/ PETER A. LINDH
Peter A. Lindh
plindh@gibsonrobb.com
Attorneys for Plaintiff-in-Limitation
**JAMES C. BRADFORD**

Dated: September 5, 2013  McGUINN, HILLSMAN & PALEFSKY

By: S/ JOHN R. HILLSMAN
John R. Hillsman
uroy3@aol.com
Attorneys for Claimants
**COREY BUSCH and NICHOLAS VOS**

Peter A. Lindh attests that in concurrence with the filing of this document consent of all other signatories identified herein have been obtained.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: September 6, 2013

Saundra B. Armstrong
U.S. District Court Judge
UNITED STATES DISTRICT COURT
Northern District of California

---

JOINT STIPULATION FOR AN ORDER ENLARGING TIME FOR BRIEFING FOR CLAIMANTS/RESPONDENTS COREY BUSCH'S AND NICHOLAS VOS' MOTION TO STRIKE PLAINTIFF-IN-LIMITATION BRADFORD'S EIGHTH AFFIRMATIVE DEFENSE FOR "ASSUMPTION OF RISK"
Case No.  C 12 5999; Our File No. 8003.54                                                                                         - 2 -