1  PETER A. LINDH  (061907)
   plindh@gibsonrobb.com
2  MARKER E. LOVELL, JR.  (208659)
   mlovell@gibsonrobb.com
3  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
4  San Francisco, California  94105
   Telephone: (415) 348-6000
5  Facsimile:  (415) 348-6001

6  Attorneys for Plaintiff-in-Limitation
   JAMES C. BRADFORD

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 In the matter of JAMES C. BRADFORD, an )   Case No. C 12 5999
   individual, as owner of LOW SPEED      )
12 CHASE CF #1096633, for exoneration from )   **JOINT STIPULATION FOR AN ORDER**
   or limitation of liability              )   **ENLARGING TIME FOR BRIEFING FOR**
13                                          )   **CLAIMANTS/RESPONDENTS COREY**
                                            )   **BUSCH'S AND NICHOLAS VOS'**
14                                          )   **MOTION TO STRIKE PLAINTIFF-IN-**
                                            )   **LIMITATION BRADFORD'S EIGHTH**
15                                          )   **AFFIRMATIVE DEFENSE FOR**
                                            )   **"ASSUMPTION OF RISK"**
16 _____)

17      Pursuant to Northern District of California Local Rule 6-2, Plaintiff-in-Limitation

18 JAMES C. BRADFORD, as OWNER OF LOW SPEED CHASE (OVN 109663) ("Plaintiff-in-

19 Limitation") and Claimants/Respondents COREY BUSCH and NICHOLAS VOS ("Claimants")

20 hereby stipulate and respectfully request for the Court to extend the time for Plaintiff-in-

21 Limitation to file and serve its opposition to Claimants' FRCP 12(f) Motion to Strike Plaintiff-

22 in-Limitation's Eighth Affirmative Defense from September 12, 2013, to September 23, 2013.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

---

JOINT STIPULATION FOR AN ORDER ENLARGING TIME FOR BRIEFING FOR CLAIMANTS/RESPONDENTS COREY BUSCH'S AND NICHOLAS VOS' MOTION TO STRIKE PLAINTIFF-IN-LIMITATION BRADFORD'S EIGHTH AFFIRMATIVE DEFENSE FOR "ASSUMPTION OF RISK"
Case No.  C 12 5999; Our File No. 8003.54

1  Accordingly, the parties also stipulate and respectfully request the Court to extend the date for
2  Claimants to file and serve its reply brief from September 19, 2013, to September 30, 2013.
3      The hearing date for Claimants' Motion to Strike is currently set for October 22, 2013.

5  Dated: September 5, 2013                GIBSON ROBB & LINDH LLP

7                                          By: S/ PETER A. LINDH
                                                Peter A. Lindh
8                                               plindh@gibsonrobb.com
                                                Attorneys for Plaintiff-in-Limitation
9                                               **JAMES C. BRADFORD**

11 Dated: September 5, 2013                McGUINN, HILLSMAN & PALEFSKY

13                                         By: S/ JOHN R. HILLSMAN
                                                John R. Hillsman
14                                              uroy3@aol.com
                                                Attorneys for Claimants
15                                              **COREY BUSCH and NICHOLAS VOS**

17      Peter A. Lindh attests that in concurrence with the filing of this document consent of all other signatories identified herein have been obtained.

20      **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

22 Dated: September 6, 2013
                                           Saundra B. Armstrong
23                                         U.S. District Court Judge
                                           UNITED STATES DISTRICT COURT
24                                         Northern District of California

---

JOINT STIPULATION FOR AN ORDER ENLARGING TIME FOR BRIEFING FOR CLAIMANTS/RESPONDENTS COREY BUSCH'S AND NICHOLAS VOS' MOTION TO STRIKE PLAINTIFF-IN-LIMITATION BRADFORD'S EIGHTH AFFIRMATIVE DEFENSE FOR "ASSUMPTION OF RISK"
Case No.  C 12 5999; Our File No. 8003.54                                           - 2 -