1  PETER A. LINDH (061907)
   plindh@gibsonrobb.com
2  MARKER E. LOVELL, JR. (208659)
   mlovell@gibsonrobb.com
3  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
4  San Francisco, California 94105
   Telephone: (415) 348-6000
5  Facsimile: (415) 348-6001

6  Attorneys for Plaintiff-in-Limitation
   JAMES C. BRADFORD
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 In the matter of JAMES C. BRADFORD, an )   Case No. C 12 5999 SBA
   individual, as owner of LOW SPEED      )
12 CHASE CF #1096633, for exoneration from)   **JOINT STIPULATION AND ORDER TO**
   or limitation of liability             )   **LIFT THE STAY ON THE RELATED**
13                                        )   **STATE ACTION ARISING OUT OF THE**
                                          )   **INCIDENT INVOLVING THE LOW**
14                                        )   **SPEED CHASE CF #1096633 ON APRIL**
                                          )   **14, 2012**
15                                        )
                                          )
16                                        )
                                          )
17 _____)

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  WHEREAS this litigation rises out of a sailboat racing accident on April 14, 2012,
2  involving the LOW SPEED CHASE CF #1096633 ("Vessel") owned by JAMES C.
3  BRADFORD ("Plaintiff-in-Limitation");

4  AND WHEREAS Plaintiff-in-Limitation filed a Complaint for Exoneration From or
5  Limitation of Liability ("Limitation Action") in regard to this accident pursuant to 46 U.S.C.S. §
6  30501, *et seq,* praying for the Court to issue an order enjoining the commencement and/or
7  prosecution of any and all actions arising out of the accident described above;

8  AND WHEREAS the Court issued an Order enjoining all other actions arising out of this
9  accident on February 14, 2013.  (Attached as Exhibit "A" is a copy of said Order.)

10  AND WHEREAS COREY BUSCH and NICHOLAS VOS ("Claimants") have now
11  stipulated to protect Plaintiff-in-Limitation's right to continue to pursue its Limitation Action in
12  this Court.  (Attached as Exhibit "B" is a copy of said stipulation.)

13  AS SUCH, IT IS HEREBY STIPULATED AND AGREED by Plaintiff-in-Limitation
14  and Claimants that this Court may lift the stay on related actions, and allow the Claimants to
15  pursue their liability claims arising out of the aforementioned accident in California Superior
16  Court, County of San Francisco.

17  IT IS HEREBY FURTHER STIPULATED AND AGREED that the Court abstain from
18  hearing or proceeding any further on the Limitation Action until the California Superior Court,
19  County of San Francisco determines whether Plaintiff-in-Limitation is liable for any damages
20  arising out of the accident, and if so, whether this liability exceeds the limitation fund of
21  $10,000.00.

22  IT IS HEREBY FURTHER STIPULATED AND AGREED that given the parties'
23  stipulation and agreement to return to San Francisco Superior Court for a determination of
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  liability, Claimants hereby withdraw their Motion to Strike Plaintiff-in-Limitation's Eighth
2  Affirmative Defense currently under submission with this Court, and the Court shall abstain
3  from any ruling on this motion.

5  Dated: October 15, 2013                GIBSON ROBB & LINDH LLP

7                                         By: S/ MARKER E. LOVELL, JR.
                                               Marker E. Lovell, Jr.
8                                              mlovell@gibsonrobb.com
                                               Attorneys for Plaintiff-in-Limitation
9                                              **JAMES C. BRADFORD**

11 Dated: October 15, 2013                McGUINN, HILLSMAN & PALEFSKY

13                                         By: S/ JOHN R. HILLSMAN
                                               John R. Hillsman
14                                             uroy3@aol.com
                                               Attorneys for Claimants
15                                             **COREY BUSCH and NICHOLAS VOS**

17     Marker E. Lovell, Jr., attests that in concurrence with the filing of this document consent of all other signatories identified herein have been obtained.

20     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22 Dated: October 16, 2013

                                           _____
23                                         Saundra B. Armstrong
                                           U.S. District Court Judge
                                           UNITED STATES DISTRICT COURT
24                                         Northern District of California

---

JOINT STIPULATION AND ORDER TO LIFT THE STAY ON THE RELATED STATE ACTION ARISING OUT OF THE INCIDENT INVOLVING THE LOW SPEED CHASE CF #1096633 ON APRIL 14, 2012
Case No.  C 12 5999; Our File No. 8003.54                                                      - 3 -