UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In the matter of JAMES C. BRADFORD, an individual, as owner of LOW SPEED CHASE CF #1096633, for exoneration from or limitation of liability | Case No: C 12-5999 SBA<br><br>**ORDER**<br><br>Docket 55 |

Pursuant to the parties' joint stipulation to stay the instant action until the Superior Court of California, County of San Francisco, determines whether Plaintiff-in-Limitation is liable for any damages arising out of the accident giving rise to this suit, and if so, whether this liability exceeds the limitation fund of $10,000.00,

IT IS HEREBY ORDERED THAT:

1. This action is STAYED pending resolution of Corey Busch's and Nicholas Vos' liability claims in the Superior Court of California, County of San Francisco.

2. The Clerk shall ADMINISTRATIVELY CLOSE the file.

3. The parties are instructed to submit status reports to the Court every six (6) months, apprising the Court of the status of the state court proceedings.

4. Upon final resolution of the state court proceedings, the parties shall jointly submit to the Court, within two (2) weeks, a letter requesting that this action be reopened and a case management conference be scheduled

IT IS SO ORDERED.

Dated: 10/16/2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge